UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14092-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ALLAN MCGEE,

    Defendant.

_____/



FILED by _____ D.C.

JAN 26 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## REPORT AND RECOMMENDATION ON PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an evidentiary hearing on January 26, 2007 in respect to the Petition for Violation of Supervised Release dated December 19, 2006, and this Court having conducted a hearing, recommends to the District Court as follows:

1. At the outset of the hearing, the Defendant, through his attorney, announced that he was admitting Violation Numbers 1 through 5 inclusive of the Petition. Those violations are as follows:

| | |
|---|---|
| **Violation Number 1** | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant has failed to submit a written monthly report for the months of October and November, 2006. |
| **Violation Number 2** | **Violation of Standard Condition**, by failing to answer truthfully all inquiries by the probation officer. On November 1, 2006, the defendant was questioned regarding him owning or possessing a cellular telephone, when, in fact, evidence and statements made by the defendant on November 8, 2006, indicated this to be false. In addition, a |

call was made to cellular phone number 863-634-7358 which proved that it was a working cellular telephone.

**Violation Number 3** — **Violation of Standard Condition**, by failing to answer truthfully all inquiries by the probation officer. On November 8, 2006, the defendant was questioned regarding him owning or possessing a cellular telephone when, in fact, evidence and statements made by the defendant on November 8, 2006, indicated this to be false. In addition, a call was made to cellular phone number 863-634-7358 which proved that it was a working cellular telephone.

**Violation Number 4** — **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or before October 30, 2006, the defendant moved from his approved residence at 1111 North West 2nd Street, Okeechobee, Florida, and failed to notify the probation officer within 72 hours as required.

**Violation Number 5** — **Violation of Mandatory Condition**, by failing to satisfy the court-ordered restitution. On July 28, 2006, restitution in the amount of $4,593.00 was ordered by the Court, to be paid at 10% of his monthly gross earnings, as monitored by the U.S. Probation Officer. On December 14, 2004, the defendant executed a financial obligation agreement to begin making payments of 10% of his monthly gross earnings per month to commence December 2004, and to this date the defendant has failed to comply with the agreement and is currently two (2) months in arrears, in the amount of $300.00.

2. The Court inquired of the Defendant and is satisfied that he understands the consequences of his admissions and that all that will remain will be for Judge Moore to conduct a sentencing hearing to determine what sentence to be imposed. Further, this Court is satisfied that the Defendant is knowingly, willingly and voluntarily entering his admissions to these violations without any promises, threats or coercion from anyone.

2

3. The Court then went forward with an evidentiary hearing on Violation Numbers 6 through 11. Those violations are:

| | |
|---|---|
| **Violation Number 6** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On November 9, 2006, the defendant submitted a urine specimen which tested positive for the presence of marijuana and methamphetamine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Incorporated. The defendant signed an admission of drug usage form indicating that he used drugs. |
| **Violation Number 7** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On November 21, 2006, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Incorporated. |
| **Violation Number 8** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On December 5, 2006, the defendant submitted a urine specimen which tested positive for the presence of marijuana in or local laboratory; and is pending confirmation by Scientific Testing Laboratories, Incorporated. |
| **Violation Number 9** | **Violation of Mandatory Condition**, by refusing to submit to drug testing. On November 2, 2006, the defendant was instructed to submit to drug testing and failed to do so. |
| **Violation Number 10** | **Violation of Mandatory Condition**, by unlawfully possessing controlled substances. On or about November 8, 2006, the defendant was found in possession of marijuana and methamphetamine by the United States Probation Office, in violation of Florida Statutes 893.13(6)(b) and 893.13(6)(a), in Okeechobee County, Florida. |
| **Violation Number 11** | **Violation of Mandatory Condition**, by unlawfully possessing drug paraphernalia. On or about November 8, 2006, the defendant was found in |

3

>possession of drug paraphernalia by the United States Probation Office, in violation of Florida Statutes 893.147(1)(b), in Okeechobee County, Florida.

4.	The evidence established that in regards to Violation Number 6, the Defendant's U. S. Probation Officer had a "situation" with the Defendant on or about November 8, 2006 in which the Defendant was using a device known as a "Wizinator". This is a prosthetic device which was described at the hearing as a "fake penis" which produces a clean urine specimen. Since this occurred on November 8, 2006, the Defendant's U. S. Probation Officer required the Defendant to produce a urine sample on November 9, 2006. This urine specimen was taken and tested positive for the presence of marijuana and methamphetamine. Further, the Defendant signed an admission of drug use form as to using those two narcotics. Also found at the Defendant's residence were pipes utilized to smoke marijuana and methamphetamine.

5.	Violation Number 7 arises from a positive urinalysis on November 21, 2006. The Defendant's urine sample tested positive and has been confirmed positive for the presence of marijuana.

6.	Violation Number 8 arises from a positive urine specimen given by the Defendant on December 5, 2006. The urine specimen has tested positive and has been confirmed positive for the presence of marijuana and amphetamine.

7.	Violation Number 9 arises out of the Defendant being instructed on November 2, 2006 to provide a urine specimen. It was at this time that the Defendant is believed to have also used the "Wizinator" to produce a clean urine specimen to his U. S. Probation Officer.

8. Violation Numbers 10 and 11 both arise from the pipes recovered from the Defendant which had residue of marijuana and methamphetamine in them at the time that the officers were executing the arrest warrant for the Defendant's arrest in this case.

9. Based upon the evidence received by this Court, this Court finds and recommends to the District Court that the Defendant has violated his supervised release in respect to all eleven alleged violations. Violation Numbers 1 through 5 have been admitted by the Defendant. Violation Numbers 6 through 11 have been established by competent evidence before this Court.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant be found to have violated his supervised release and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 26th day of January, 2007, at Ft. Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc:
Hon. K. Michael Moore
AUSA Robert H. Waters, Jr.
AFPD Robin Rosen-Evans
U.S. Probation Office
U.S. Marshal