UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14092-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),
vs.

MICHAEL McGEE,
#74733-004,

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Petition for violation of Supervised Release, issued January 26, 2007, [105]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation issued is hereby **ADOPTED**. The defendant Michael McGee is hereby adjudicated guilty of the offenses charged. A sentencing date is set for March 5, 2007 at 2:00 p.m. in the United States Federal Courthouse, 300 South 6th Street, Ft. Pierce, Florida.

DONE AND ORDERED in Chambers at Miami, Florida this 57 day of February, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record